UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVSION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al, ) <br> *ex rel.*, Linda Anderson, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALIVE HOSPICE, INC., ) <br> ) <br> Defendant. ) | Civil Case No. 3:12-cv-00597 <br> Judge Trauger <br><br> **UNDER SEAL** |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and in accordance with the terms and conditions of the Settlement Agreement fully executed on September 4, 2015, among the United States, Tennessee, Relator Linda Anderson, and Alive Hospice, Inc., the United States and Tennessee filed a Joint Stipulation of Dismissal.

**IT IS HEREBY ORDERED** that, consistent with the terms of the September 4, 2015 Settlement Agreement executed by the United States, Tennessee, Relator, and Alive, this action is dismissed with prejudice as to the Relator; dismissed with prejudice as to the United States and Tennessee with respect to the "Covered Conduct" defined in the parties' Settlement Agreement; and without prejudice to the United States and Tennessee with respect to all other conduct.

It is so ORDERED.

ENTERED this this the 9th day of September, 2015.

_____
Honorable Aleta A. Trauger
United States District Judge